UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LESLIE BARNAVE,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
04-CV- 2910 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2005 ★
BROOKLYN OFFICE

        A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on May 13, 2005, denying the Commissioner's motion for judgment on the pleadings; and remanding the case to the Commissioner for further proceedings consistent with the Court's Opinion and Order dated May 13, 2005; it is

        ORDERED and ADJUDGED that the Commissioner's motion for judgment on the pleadings is denied; and that the case is remanded to the Commissioner for further proceedings consistent with the Court's Opinion and Order dated May 13, 2005.

Dated: Brooklyn, New York
        May 18, 2005

                                    sRobert E. Heinemann
                                    ROBERT C. HEINEMANN
                                    Clerk of Court